No. D–1036. IN RE DISBARMENT OF GOERLICH. It is ordered that Harold L. Goerlich, of Jericho, N. Y., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.